IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-60939

IN RE: CARL WATTS,

                    Movant.



Motion for an order authorizing
the United States District Court for the Southern
District of Mississippi to consider
a successive 28 U.S.C. § 2254 application

Before JONES, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:

    Carl Watts, Mississippi prisoner # 77138, seeks authorization to file a successive 28 U.S.C. § 2254 application challenging the life sentence he received for being a habitual offender following his conviction for robbery. He makes no argument that the claim he seeks to raise relies on new evidence or a new rule of constitutional law made retroactive to cases on collateral review by the Supreme Court. He has thus failed to make the required showing. See 28 U.S.C. § 2244(b)(2)(A), (B). Accordingly, the motion is DENIED.